UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Marcia Samuel
       Bankruptcy No. 16-11833PMM
       Adversary No.
       Chapter     13

Date:   April 9, 2020

To:      Mark Billion, Esq

## NOTICE OF INACCURATE FILING

Re:  Third Modified Plan

The above pleading was filed in this office on **March 16, 2020 .**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )   Debtor's name does not match case number listed
- ( )   Debtor's name and case number are missing
- ( )   Wrong PDF document attached
- ( )   PDF document not legible
- ( )   Notice of Motion/Objection
- ( )   Electronic Signature missing
- (x)   Other: The Third Modified Plan PDF contains the first page of a Motion to Modify Plan.

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: **Paul A.. Puskar**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04