# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Marcia Samuel | : | Bankr. No. 16-11833-PMM |
| Debtor. | : | Re DN 88, 89, 90 |

## COS: MOTION TO MODIFY THE CHAPTER 13 PLAN & RELATED PLAN AND NOTICE

A copy of this document has been served on all parties of record via CM/ECF. A copy of this document has also been served on all creditors on the creditor matrix via U.S. Post.

April 15, 2020

ILLION LAW

ark M. Billion (PA Bar No.315152)

)73 S. Governors Ave.

over, DE 19904

el: 302.428.9400

ıx: 302.450.4040

markbillion@billionlaw.com

*or the Debtor*