UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

April 16, 2020

To: **Mark Billion, Esq.**

In re: **Marcia Samuel**
Bankruptcy No. **16-11833PPM**
Adversary No.
Chapter **13**

Re **Motion to Modify Plan**

The above pleading was filed in this office on **April 15, 2020.** Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

      ( )    Affidavit
      ( )    Certificate of Service
      ( )    Certification of no response
      ( )    Notice pursuant to Rule 9019
      ( )    Notice pursuant to Rule 2002
      ( )    Notice pursuant to Rule 3007.1
      ( )    Proof of Claim number not noted on
                  objection pursuant to Rule 3007.1(a)
      (**x**)    Proposed Order
      ( )    Stipulation
      ( )    Certification of Default
      ( )    Other

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice. Otherwise, the matter will be referred to the Court.

                              Timothy B. McGrath
                              Clerk


                              By: <u>Paul  A.  Puskar</u>
                                    Deputy Clerk

status.frm
(rev. 11/26/2018)