# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
|     Marcia Samuel | :   Bankr. No. 16-11833-REF |
|     Debtor. | : |

### WITHDRAWAL: DN #89

The captioned document is hereby withdrawn.

May 6, 2020                                                         BILLION LAW

_(signature)_

_____
Mark M. Billion (PA Bar No.315152)
922 New Road
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
markbillion@billionlaw.com

_For the Debtor_