UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

August 26, 2020

To: **Mark Billion, Esq.**

                    In re: **Marcia Samuel**
                    Bankruptcy No. **16-11833PMM**
                    Adversary No.
                    Chapter **13**

    Re **Amended Motion to Modify Plan**

The above pleading was filed in this office on **August 26, 2020.** Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

      ( )    Affidavit
      (**x**)   Certificate of Service
      ( )    Certification of no response
      ( )    Notice pursuant to Rule 9019
      ( )    Notice pursuant to Rule 2002
      ( )    Notice pursuant to Rule 3007.1
      ( )    Proof of Claim number not noted on
                   objection pursuant to Rule 3007.1(a)
      (**x**)   Proposed Order
      ( )    Stipulation
      ( )    Certification of Default
      (**x**)   Other Notice of Motion

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice. Otherwise, the matter will be referred to the Court.

                                    Timothy B. McGrath
                                    Clerk


                                    By: <u>Paul A. Puskar</u>
                                          Deputy Clerk

status.frm
(rev. 11/26/2018)