# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :
    Marcia Samuel                                 :    Bankr. No. 16-11833-PMM
    Debtor.                                        :

## CERTIFICATE OF SERVICE

A copy of the following documents have been served by US POST, FIRST CLASS, on all parties of record via CM/ECF, and further served upon all creditors on the matrix, via U.S. Post, First Class.

- **Docket Nos. 96, 105, 108**

September 14, 2020                              [B]ILLION LAW

                                                    /s/ Mark Billion

                                                    [M]ark M. Billion (PA Bar No.315152)
                                                    [10]73 S. Governors Ave.
                                                    [D]over, DE 19904
                                                    [T]el: 302.428.9400
                                                    [Fa]x: 302.450.4040
                                                    markbillion@billionlaw.com

                                                    *[F]or the Debtor*