# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

In re: :
    Marcia Samuel : Bankr. No. 16-11833-PMM
    Debtor. :

## ORDER: MOTION TO MODIFY THE CHAPTER 13 PLAN

IT IS HEREBY ORDERED:

    1. The Third Modified Plan, which is referenced at Docket No. 101 is hereby modified and approved.

September ____, 2020

_____
The Honorable Patricia M. Mayer