# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                      :
    Marcia Samuel                                    :   Bankr. No. 16-11833-PMM
    Debtor.                                               :

### ORDER: MOTION TO MODIFY THE CHAPTER 13 PLAN

IT IS HEREBY ORDERED:

    1. The Third Modified Plan, which is referenced at Docket No. 101 is hereby modified and approved.

September  25 , 2020

**Date: September 25, 2020**　　　　　　　　　The Honorable Patricia M. Mayer