**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
: 
In re: : Chapter 11
:
: Case No. 16-11833-pmm
Marcia Samuel, :
: RE DOCKET NO 105

       Debtor.

---------------------------------------------------------- x

## SECOND SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOLLOWING THE CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Mark M. Billion, Esquire, applies under § 330 of the Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the Debtor.

2. The debtor filed a petition under Chapter 13 of the Bankruptcy Code on 03/17/16.

3. The debtor's annualized current monthly income as set forth on Form 122C-1 is:

    XX ($83,098.08) Above median (the amount on line 15b is not less than the amount on line 16c)

    __ Below median (the amount on line 15b is less than the amount on line 16c).

4. The Debtor's Chapter 13 Plan was confirmed by the court on 01/12/2017. Two modifications, as well as a reply to a motion to dismiss, were completed and these are the matters for which compensation is sought.  Compensation was previously provided for the initial modification.

5. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

6. Applicant requests an award of supplemental compensation of $1,500.00 for the flat fee in providing the following services: prosecution of the motion to modify the confirmed plans and respond to the motion to dismiss (Docket No. 105).

| | |
|---|---|
| January 8, 2021 | BILLION LAW |
| | /s/ Mark M. Billion |
| | Mark M. Billion (DE Bar No. 5263)<br>1073 S. Governors Ave<br>Dover, DE 19904<br>Tel: 302.428.9400<br>Fax: 302.450.4040<br>markbillion@billionlaw.com |
| | *For the Debtor* |

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE**

---------------------------------------------------- x
:
In re:  : Chapter 11
:
: Case No. 16-11833-pmm
Marcia Samuel,  :
:
: RE DOCKET NO 105

           Debtor.

---------------------------------------------------- x

**NOTICE: SECOND SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOLLOWING THE CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

    Mark M. Billion, Esquire, of Billion Law, has filed an Application for Compensation and Reimbursement of Expenses Following the Confirmation of Debtor's Chapter 13 Plan in the present Chapter 13 Bankruptcy.

    Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have on in this Bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

    1. If you do not want the court to grant the relief sought in the Application or if you want the court to consider your views on the Application, then on or before February 8, 2021, you or your attorney must do the following:

    a. File an answer explaining your position at Office of the Bankruptcy Clerk The Madison Building 400 Washington Street Reading, PA 19601 If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    b. Mail a copy of the Movant's attorney Mark M. Billion, Esquire Billion Law 1073 S. Governors Ave; Dover, DE 19904.

2. If you or your attorney does not take the steps described I paragraphs 1(a) and 1(b) above, the court may enter an order granting relief requested in the Application.

3. If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorney named in paragraph 1(b).

4. You may contact the Bankruptcy Clerk's Office at (610) 208-5040 to find out whether the hearing has been cancelled because no one has filed an answer.

January 8, 2021                                                BILLION LAW

/s/ Mark M. Billion

Mark M. Billion (DE Bar No. 5263)
1073 S. Governors Ave
Dover, DE 19904
Tel: 302.428.9400
Fax: 302.450.4040
markbillion@billionlaw.com

*For the Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE**

---------------------------------------------------------  x
                                                           :
In re:                                                     :    Chapter 11
                                                           :
                                                           :    Case No. 16-11833-pmm
Marcia Samuel,                                             :
                                                           :    RE DOCKET NO 105
                                                           :
          Debtor.

---------------------------------------------------------  x

**ORDER GRANTING SECOND SUPPLEMENTAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOLLOWING THE
CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

AND NOW, this _____ day of _____, 2018, based on the Fee Application of Debtor's Counsel, it is hereby ORDERED that:

1. The Fee Application filed by Debtors' Counsel is hereby GRANTED in the amount of $1,500.00; $0.00 of which was previously paid leaving $1,500.00 remaining to be paid.

BY THE COURT:

_____, U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                                                                                    :

In re:                                                       :        Chapter 11

                                                            :        Case No. 16-11833-pmm

Marcia Samuel,                      :

                                                            :        RE DOCKET NO 105

        Debtor.

------------------------------------------------------- x

## COS: ORDER GRANTING SECOND SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOLLOWING THE CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

     A copy of this document, as well as the notice of hearing regarding the same, has been served by U.S. Post, First Class on all parties on Exhibit 1 hereto.

January 8, 2021                                            BILLION LAW

                                                                       /s/ Mark M. Billion

                                                                       Mark M. Billion (DE Bar No. 5263)
                                                                       1073 S. Governors Ave
                                                                       Dover, DE 19904
                                                                       Tel: 302.428.9400
                                                                       Fax: 302.450.4040
                                                                       markbillion@billionlaw.com

                                                                       *For the Debtor*

**Exhibit 1**

**Exhibit 1**

```
Label Matrix for local noticing          AmeriCredit Financial Services, Inc. dba GM     Borough of Bath
0313-4                                    P O Box 183853                                  c/o Portnoff Law Associates, Ltd.
Case 16-11833-ref                         Arlington, tx 76096-3853                        P.O. Box 3020
Eastern District of Pennsylvania                                                          Norristown, PA 19404-3020
Reading
Fri Jun 29 12:32:40 EDT 2018

Orion                                     Reading                                         (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
c/o Recovery Management Systems Corporat  400 Washington Street                           PO BOX 183853
25 SE 2nd Avenue, Suite 1120              Suite 300                                       ARLINGTON TX 76096-3853
Miami, FL 33131-1605                      Reading, PA 19601-3951


Borough of Bath                           CAPITAL 1 BK                                    CHASE
c/o James R. Wood, Esq.                   11013 W BROAD ST                                P.O. BOX 15298
1000 Sandy Hill Road, Suite 150           None                                            None
Norristown, PA 19401-4181                 GLEN ALLEN, VA 23060-6017                       WILMINGTON, DE 19850-5298


CHASE MTG                                 Capital One Bank (USA), N.A.                    ERC
10790 RANCHO BERNA                        PO Box 71083                                    PO BOX 57547
None                                      Charlotte, NC  28272-1083                       None
SAN DIEGO, CA 92127-5705                                                                  JACKSONVILLE, FL 32241-7547


I C SYSTEM                                JP Morgan Chase                                 JP Morgan Chase Bank, NA
PO BOX 64378                              PO BOX 24686                                    c/o Joshua I. Goldman, Esq.
None                                      Mail Code OH4-7302                              KML Law Group, PC
SAINT PAUL, MN 55164-0378                 Columbus, OH 43224                              701 Market Street, Suite 5000
                                                                                          Philadelphia, PA 19106-1541


JP Morgan Chase Bank, NA                  JPMorgan Chase Bank, National Association       MIDLAND FUND
c/o Thomas Puleo, Esq.                    Attn: Correspondence Mail                       2365 NORTHSIDE DRI SUITE 300
KML Law Group, PC                         Mail Code LA4-5555                              None
701 Market Street, Suite 5000             700 Kansas Lane                                 SAN DIEGO, CA 92108-2709
Philadelphia, PA 19106-1541               Monroe LA 71203-4774


MIDLAND FUNDING LLC                       MOBILOANSLLC                                    (p)MUNICIPAL CREDIT UNION
PO BOX 2011                               PO BOX 1409                                     22 CORTLANDT STREET
WARREN, MI 48090-2011                     None                                            24TH FLOOR
                                          MARKSVILLE, LA 71351-1409                       NEW YORK NY 10007-3153


Marcia Samuel                             Mark M. Billion                                 Orion Portfolio Services LLC
246 S Walnut St.                          Billion Law                                     c/o PRA Receivables Management, LLC
Bath, PA                                  922 New Road                                    PO Box 41021
BATH, PA 18014-1031                       Suite 2                                         Norfolk, VA 23541-1021
                                          WILMINGTON, DE 19805-5199


Orion Portfolio Services LLC              Recovery Management Systems Corporation         TARGET N.B.
c/o Recovery Management Systems Corp      25 S.E. 2nd Avenue, Suite 1120                  PO BOX 673
25 SE 2nd Avenue Suite 1120               Miami, FL 33131-1605                            None
Miami, FL 33131-1605                                                                      MINNEAPOLIS, MN 55440-0673


(p)U S DEPARTMENT OF EDUCATION            United States Trustee                           FREDERICK L. REIGLE
P O BOX 5609                              Office of the U.S. Trustee                      Chapter 13 Trustee
GREENVILLE TX 75403-5609                  833 Chestnut Street                             2901 St. Lawrence Ave.
                                          Suite 500                                       Suite 100
                                          Philadelphia, PA 19107-4405                     Reading, PA 19606-2265
```

MARK MATTHEW BILLION
Billion Law
922 New Road
Suite 2
Wilmington, DE 19805-5199

Marcia Samuel
246 S Walnut St.
Bath, PA 18014-1031

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AMERICREDIT
4001 EMBARCADARO
None
ARLINGTON, TX 76014

(d)Americredit Financial Services dba GM Fina
PO Box 183853
Arlington TX 76096

MUNCPL CR UN
185 MONTAGUE ST
None
BROOKLYN, NY 11201

US DEP ED
501 BLEEKER STREET
None
UTICA, NY 13502

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMorgan Chase Bank, National Association

(d)AmeriCredit Financial Services, Inc. dba G
P O Box 183853
Arlington, TX 76096-3853

(d)Borough of Bath
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404-3020

(u)ally fin
Not Available
None
NA, NA NA

(u)trident
Not Available
None
NA, NA NA

End of Label Matrix
Mailable recipients    31
Bypassed recipients     5
Total                  36