**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              )
   Marcia Samuel,                         )        16-11833-pmm
     Chapter 13 Debtor.              )

**CERTIFICATE OF NO RESPONSE**

1. The undersigned has reviewed the docket and has found no objection to the relief sought by the *SECOND SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOLLOWING THE CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN* which appears at Docket No. 114, and to which objections were due on or before 02/08/2021. The undersigned has further not received any informal objections with respect to the same.

2. Accordingly, the Debtor respectfully requests that the order attached to the motion, which is also attached hereto as Exhibit A, be entered at this Court's convenience.

3. The undersigned is available if the Court has any questions or concerns.

February 15, 2021                                   BILLION LAW

 

_____
Mark M. Billion (PA Bar No.315152)
22 New Road
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
markbillion@billionlaw.com

*For the Debtor*

Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE**

---------------------------------------------------------  x
:
In re:                                                 :    Chapter 11
:
:    Case No. 16-11833-pmm
Marcia Samuel,                                         :
:
:    RE DOCKET NO 105

     Debtor.

---------------------------------------------------------  x

**ORDER GRANTING SECOND SUPPLEMENTAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOLLOWING THE
CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

AND NOW, this _____ day of _____, 2018, based on the Fee Application of Debtor's Counsel, it is hereby ORDERED that:

1. The Fee Application filed by Debtors' Counsel is hereby GRANTED in the amount of $1,500.00; $0.00 of which was previously paid leaving $1,500.00 remaining to be paid.

BY THE COURT:

_____, U.S. Bankruptcy Judge